JAMES M. CAMMACK, Respondent, v. J. B. SLATTERY & BRO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to that court for permission to appeal. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

VINCENT V. CLAUSI, Respondent, v. EMILIO DI BIANCO, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to that court for permission to appeal. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

LEOPOLD COHEN, Respondent, v. SAMUEL COHEN and Another, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

CRESCENT WET WASH LAUNDRY, INC., Respondent, v. GEORGE A. HUBBARD and Another, Appellants.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

JOHN FUCHS and Another, Respondents, v. MARY GRIMALDI and Others, Defendants. IRVING M. AUSTIN, etc., Appellant.— Motion for reargument denied, without costs. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

ISAAK GERSTMAN, Respondent, v. FRANK J. CHESO, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

WILLIAM H. GRIFFIN, Appellant, v. GRACE H. GRIFFIN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

JOHN S. HARROLD, as Administrator, etc., of CLARICE SEARS RAMSAY, Deceased, and Another, Respondents, v. ZOHETH S. FREEMAN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

FREDERICK H. HEINEMAN, Respondent, v. CITY INVESTING COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to that court for permission to appeal. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

In the Matter of the Application of CLARENCE CASTIMORE for Admission to the Bar. (From the District of Columbia.)— Application granted. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

In the Matter of ANTHONY MOORS, Appellant, v. CHARLES L. CRAIG, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October, 1924, term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

In the Matter of the Probate of the Last Will and Testament of EUGENE TYMESON, Deceased.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October, 1924, term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

In the Matter of the Petition for Probate of the Last Will and Testament, and Codicil Thereto, of EMILY A. WATSON, Deceased.— Motion for stay denied, and temporary stay vacated. Present — Kelly, P. J., Manning, Kelby, Young, and Kapper, JJ.